UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

LIAM KAHN,

                Plaintiff,        **ELECTRONICALLY FILED**

  -against-                     Civil Case No.: 1:12-cv-0206
                                          (TJM/ATB)

ONTEORA CENTRAL SCHOOL DISTRICT,
LANCE EDELMAN, JESS ROBERTSON,
sued in their individual capacities,

                Defendants.

---

## **STIPULATION OF DISMISSAL**

Plaintiff Liam Kahn ("Plaintiff") and Defendants Onteora Central School District, Lance Edelman, and Jess Robertson ("Defendants"), by their undersigned attorneys and pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that no party hereto is an infant or incompetent, and further stipulate to the dismissal of the above-captioned action, with prejudice, with each party to bear his, her or its own attorneys' fees, costs and expenses.

Dated: March 11, 2013

By: _/s/ Stephen Bergstein_
Stephen Bergstein, Esq. (507402)
Bergstein & Ullrich, LLP
*Attorneys for Plaintiff*
15 Railroad Avenue
Chester, New York 10918
Telephone: (845) 469-1277

Dated: March 20, 2013

By: _____
Patrick J. Fitzgerald, Esq. (511103)
Girvin & Ferlazzo, P.C.
*Attorneys for Defendants*
20 Corporate Woods Boulevard
Albany, New York 12211
Telephone: (518) 462-0300